Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Nowles Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99201-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 7 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYLER JOHN BRAZE, <br><br> Defendant. | INDICTMENT  2:24-cr-00146-MKD-1 <br><br> 18 U.S.C. §§ 922(g)(1), 924(a)(8) <br> Felon in Possession of Firearm and Ammunition <br> (Count 1) <br><br> 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871 <br> Possession of an Unregistered Firearm <br> (Count 2) <br><br> 18 U.S.C. § 924(d)(1), 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about August 30, 2024, in the Eastern District of Washington, the Defendant, TYLER JOHN BRAZE, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit:

- a GSL Technology, Model Chilito, 9mm caliber silencer, bearing serial number S0923-64448;

- Starline 9mm +P caliber ammunition, with the headstamp "*----*";

- Hornady 9mm caliber ammunition;

- PMC 9mm caliber ammunition;

- Winchester 9mm caliber ammunition;

- T & M 9x19mm caliber ammunition; and

- Remington 9mm caliber ammunition,

which firearms and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about August 30, 2024, in the Eastern District of Washington, the Defendant, TYLER JOHN BRAZE, did knowingly possess a firearm, to wit: a GSL Technology, Model Chilito, 9mm caliber silencer, bearing serial number S0923-64448, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), and 5871.

INDICTMENT – 2

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 1 of this Indictment, the Defendant, TYLER JOHN BRAZE, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a GSL Technology, Model Chilito, 9mm caliber silencer, bearing serial number S0923-64448;

- Starline 9mm +P caliber ammunition, with the headstamp "*----*";

- Hornady 9mm caliber ammunition;

- PMC 9mm caliber ammunition;

- Winchester 9mm caliber ammunition;

- T & M 9x19mm caliber ammunition; and,

- Remington 9mm caliber ammunition; and

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 26 U.S.C. § 5861(d), as set forth in Count 2 of this Indictment, the Defendant, TYLER JOHN BRAZE, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense, including, but not limited to:

INDICTMENT – 3

- a GSL Technology, Model Chilito, 9mm caliber silencer, bearing serial number S0923-64448.

DATED this 6 day of November, 2024.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Nowles H. H._
Nowles Heinrich
Assistant United States Attorney

INDICTMENT – 4